# of Appeals
# of the State of Georgia

ATLANTA,   June 15, 2016

*The Court of Appeals hereby passes the following order:*

## A16I0223. JOHN K. MASSEY et al. v. DUKE BUILDERS, INC.

John and Stephanie Massey sued Duke Builders, Inc. after a dispute arose regarding the cost of a home repair. On May 16, 2016, the trial court granted Duke Builders' motion to open default and denied the Masseys' motion for default. The trial court entered a certificate of immediate review on May 25, 2016, and the Masseys filed this application for interlocutory appeal on June 7, 2016. We lack jurisdiction.

It is well-established that under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within 10 days of obtaining a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). Because this application was filed 13 days after entry of the certificate of immediate review, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   06/15/2016
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*